B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF FLORIDA

In re   Pledge 5 Foundation, Inc.,
        Debtor

Case No.   15-10111-KKS

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19104-7346 | | taxes and certain other debts owed to governmental units | | $60,000.00 |
| PTE Productions, LLC<br>6901 TPC Drive #650<br>Orlando, FL 32822 | Wesley T. Dunaway, P.A.<br>618 E. South Street<br>Suite 500<br>Orlando, FL 32801 | Judgment | | $39,606.35 |
| George Levin<br>100 Bay Colony Lane<br>Ft. Lauderdale, FL 33308-2004 | | Business loan | | $30,000.00 |
| Florida Dept. of Revenue<br>Alachua Service Center<br>14107 US Hwy 441, Ste 100<br>Alachua, Florida 32615 | Florida Dept. Of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-668 | taxes and certain other debts owed to governmental units | | $10,000.00 |

Case 15-10111-KKS    Doc 6    Filed 05/11/15    Page 2 of 2

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| Pearl Capital<br>40 Exchange Place<br>#301<br>New York, NY 10005 | Business loan | | $7,000.00 |
| Gainesville Regional Utilities<br>301 SE 4th Street<br>Gainesville, FL 32601 | Utility service | | $4,000.00 |
| Yellowstone Capital<br>160 Pearl Street<br>New York, NY 10005 | Business loan | | $3,000.00 |
| Sarah Elizabeth Bewley<br>3905 SW 20th Drive<br>Gainesville, FL 32608 | Judgment | | $2,952.89 |
| Emily Sacco<br>510 SE 8th Street<br>Apt. 15<br>Gainesville, FL 32601 | Judgment | | $800.00 |
| Lucas Nell<br>336 Dekle Dr.<br>Athens, GA 30605 | Judgment | | $629.88 |
| | | | $0.00 |
| | | | $0.00 |

Date: May 11, 2015

/s/Jason Bowman, PhD
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, , of Pledge 5 Foundation, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:  May 11, 2015         /s/Jason Bowman, PhD
,